

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ANNA RUILOBA, | § | No. 08-17-00123-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 171st District Court |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| State. | | (TC# 20140D02097) |
| | § | |

# **O R D E R**

The Court GRANTS the Court Reporter's fifth request for an extension of time within which to file the Reporter's Record until **May 10, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Anita Garza, Official Court Reporter for the 171st District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before May 10, 2018.

IT IS SO ORDERED this 12th day of April, 2018.


PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.